ACCEPTED
03-13-00347-CR
4626090
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/24/2015 4:10:57 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00347-CR

IN THE COURT OF APPEALS FOR THE THIRD JUDICIAL
DISTRICT OF TEXAS, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/24/2015 4:10:57 PM
JEFFREY D. KYLE
Clerk

## Donna Marie Pryor

Appellant

v.

## The State of Texas

Appellee

On Appeal from the 207th District Court of Comal County in Cause No. CR2012-208, the Honorable Jack Robison, Judge Presiding

## Motion for the Court to Take Judicial Notice

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Donna Marie Pryor, Appellant, by and through John G. Jasuta and David A. Schulman, her undersigned attorneys, and respectfully files this "Motion for the Court to Take Judicial Notice," and in support of such Motion would show the Court:

I

Appellant was convicted in the 207th District Court of Comal County, of the offense of Driving While Intoxicated, in Cause No. CR2012-208, styled *The State of Texas v. Donna Marie Pryor*. Punishment was assessed by the jury at confinement for ninety-nine (99) years. Notice of Appeal was timely filed and the appeal

properly prosecuted. Submission on oral argument is scheduled for Wednesday, March 25, 2015.

## II

On February 24, 2015, a Supplemental Clerk's Record was filed with the Clerk of the Court. That Supplemental Record contains a copy of the "dashcam" video which will be of great benefit to the Court when deciding the issues in this case.

## III

## **A. Authority to Take Judicial Notice**

Rule 201, Tex.R. Evid., permits the Court to take judicial notice of any fact which is either generally known within the territorial jurisdiction of the trial court or "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." See *Estrada v. State*, 313 S.W.3d 274, 287 (Tex.Cr.App. 2010). A request to take judicial notice may be made, and an appellate court may take judicial notice for the first time on appeal. *Watkins v. State*, 245 S.W.3d 444, 455-456 (Tex.Cr.App. 2008); see, also, *Ex parte Gill*, 413 S.W.3d 425 (Tex.Cr.App. 2013), citing *Morris v. State*, 361 S.W.3d 649, 669-670 (Tex.Cr.App.2011)(FN 117);*Volasen v. State*, 227 S.W.3d

77, 80 (Tex.Cr.App. 2007); and ***Rhodes v. State***, 240 S.W.3d 882, 886(Tex.Cr.App. 2007)(FN 9).

## B. Reason for Taking Judicial Notice

Appellant would show the Court that the information of which judicial notice is sought is not subject to reasonable dispute in that it is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Appellant would additionally show the Court that its consideration of the issues and the evidence introduced would be greatly enhanced by the taking of judicial notice of the exhibit attached hereto.

The exhibit is a copyrighted presentation ("Google Earth") of an aerial photograph taken by a satellite belonging to the United State's government,[1] showing the geographic area of the video, including the intersection of United States Highway 281 and Texas Highway 46, as of April 21, 2012. This is the intersection through which Appellant travels while being portrayed on the video. The undersigned suggest that, because the video contained

---

[1] Movants have been informed by employees of the Texas Department of Transportation, and believe, and on that basis allege, that the imagery in question is part of satellite photography taken for the United States Geological Survey.

3

in the supplemental Clerk's Record is viewed along the horizontal line, being able to view the same landscape from above would be of benefit to the Members of the Court, as it will provide the ability to better gauge the distances involved, which distances are at the heart of the first issue this case.

## Prayer

WHEREFORE PREMISES CONSIDERED, Appellant prays this Honorable Court to grant this "Motion for the Court to Take Judicial Notice," and take judicial notice of the contents of the satellite imagery attached hereto.

Respectfully submitted,

**John G. Jasuta**
Attorney at Law
Post Office Box 783
Austin, Texas 78767-0783
eMail: lawyer1@johngjasuta.com
Tel. 512-474-4747
Fax: 512-532-6282
State Bar No. 10592300

**David A. Schulman**
Attorney at Law
Post Office Box 783
Austin, Texas 78767-0783
zdrdavida@davidschulman.com
Tel. 512-474-4747
Fax: 512-532-6282
State Bar Card No. 17833400

Attorneys for Donna Marie Pryor

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 671 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on March 24, 2015, a true and correct copy of the above and foregoing "Motion for the Court to Take Judicial Notice" was transmitted via the eService function on the State's eFiling portal, to Joshua Presley (presj@co.comal.tx.us), counsel of record for the State of Texas

_____
**John G. Jasuta**


**Satellite Imagery Attached as Exhibit**


Google earth
Guide 1995 Imagery Date: 4/21/2012 29°47'51.77" N 98°25'11.26" W elev 1153 ft eye alt 1329 ft